# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TRAVIS BRANAM, derivatively on behalf of ORMAT TECHNOLOGIES, INC., <br>        Plaintiff, <br><br> vs. <br><br> YEHUDIT BRONICKI, JOSEPH TENNE, LUCIENT Y. BRONICKI, YORAM BRONICKI, DAN FALK, JACOB WORENKLEIN, ROGER W. GALE, and ROBERT F. CLARKE, <br><br>        Defendants. | 3:10-cv-0177-RCJ (RAM) <br><br> **MINUTES OF THE COURT** <br><br> December 9, 2010 |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

     Plaintiff has filed a Motion to Substitute Plaintiff (Doc. #20). Nominal Defendant Ormat Technologies, Inc. has responded the Motion (Doc. #25). In Defendant's response (Doc. #25), Defendant indicates that it takes no position on Plaintiff's Motion to Substitute Plaintiff. Therefore,

     Plaintiff's Motion to Substitute Plaintiff (Doc. #20) is **GRANTED**.

     **IT IS SO ORDERED.**

LANCE S. WILSON, CLERK <br>
By:_____/s/_____ <br>
Deputy Clerk